ANTHONY J. RELLA et al., Appellants, v LEO J. GRECO et al., Respondents.

Submitted June 28, 2004; decided September 7, 2004

Motion for leave to appeal dismissed upon the ground that the judgment entered pursuant to the parties' stipulation does not finally determine the action within the meaning of the Constitution.

SOUTH ROAD ASSOCIATES, LLC, Appellant, v INTERNATIONAL BUSINESS MACHINES CORPORATION, Respondent.

Submitted July 19, 2004; decided September 7, 2004

Motion to limit issues raised on appeal denied.

Judge ROSENBLATT taking no part.

In the Matter of SUN PLAZA ENTERPRISES, CORP., Respondent, v TAX COMMISSION OF CITY OF NEW YORK et al., Appellants.

Submitted June 28, 2004; decided September 7, 2004

Motion for leave to appeal dismissed upon the ground that the Appellate Division order, from which no appeal was properly taken or motion for leave to appeal was properly made, was the final appealable paper as its remittal was for purely ministerial action (*see* Karger, Powers of the New York Court of Appeals § 17, at 79-80 [3d ed]).